UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  Mark  Nelson

                                                    )
                                                    )
                                                    )   Case No.   10-15193-WCH
                                                    )   Chapter      13
                                                    )
                Debtor(s)                           )
                                                    )

## PETITION FOR PAYMENT OF UNCLAIMED FUNDS

NOW APPEARS (petitioner)   Mark  Nelson                                    ,
of (complete address)  2002 S. Federal Hwy, # 108 Boynton Beach, FL 33435
and states that on (date)  May 12, 2011          . (name of creditor or person entitled to the
funds)  Mark  Nelson           became entitled to receive $   3560          as a
distribution in the above-titled case, and said creditor/person appears on the records of this Court
as the owner of these funds. The amount requested is being held in the Treasury of the United
States as unclaimed funds.

Petitioner represents that he/she/it is entitled to receive the requested funds based upon
the following: (Check the box(es) that apply):

(X)   petitioner is the OWNER of said funds, being the owner appearing on the records of this
      Court and as evidenced in (1) the attached document(s) proving identity and (2) proof of
      the address used in the original Proof of Claim filed with the Court;

( )   petitioner is the assignee of the owner's claim to said funds as evidenced in the attached
      notarized Assignment of Right;

( )   petitioner is the owner's successor in interest, as evidenced in the attached identifying
      documents;

( )   petitioner is the personal representative of the owner's estate, as evidenced in the attached
      identifying documents; or

( )   petitioner is named in a POWER OF ATTORNEY given to he/she/it by (grantor)
      _____. valid under the
      laws of the Commonwealth of Massachusetts, that empowers the petitioner to collect the
      unclaimed funds described above on behalf of the grantor in the petitioner's capacity:

( )     as the owner of the claim evidenced in (1) the attached document(s) proving identity and (2) proof of the address used in the original Proof of Claim filed with the Court;

( )     as the owner's attorney at law, with authorization to receive said funds;

( )     as the assignee of the owner's claim to said funds evidenced in the attached notarized Assignment of Right;

( )     as the owner's successor in interest evidenced in the attached identifying documents; or

( )     as the personal representative of the owner's estate.

Your petitioner submits with this petition the following document(s) as proof of the petitioner's identity and status, and the owner's claim of entitlement:

*[List all documents that are attached, e.g., power of attorney, Assignment of Right, proof of prior residence/location/ownership, court order, merger documents, probated will, etc.]*

1. Drivers License for Massachusetts
2. Drivers License for Florida
3. _____
4. _____
5. _____
6. _____

**WHEREFORE,** the petitioner knowingly and willingly submits him/her/itself to the personal jurisdiction of this Court and requests that the Court enter an order directing payment of the unclaimed funds described above to the petitioner, or if the petitioner is not the owner, to the petitioner on behalf of the owner, in accordance with the documents submitted in support of this petition.

The petitioner declares under pains and penalty of perjury that the foregoing is true and correct:

Name of Petitioner: Mark Nelson

Signature of Petitioner: *[signature]*

Title: Debtor                            Date: 6-18-19

NOTARY PUBLIC

State/Commonwealth of ___Florida___

County of ___Palm Beach___

The above named ___Mark Nelson___ (personally appeared
before me) She/he is known to me to be the person holding the office and authority represented
and he/she acknowledges the foregoing to be his/her free act.

DATE: 6-18-19


(Notary Public)

My commission expires: ___7-26-20___

(Notary Seal)[1]

TANIA OCHOA
State of Florida-Notary Public
Commission # GG 15792
My Commission Expires
July 26, 2020

---

[1] For documents signed and notarized outside the United States, please contact the Embassy of the country of origin
(where you are having the document notarized) for assistance

**IMPORTANT NOTE:**

The person or entity petitioning the Court for payment of the unclaimed funds **MUST** send a copy of this petition and all attachments to the entities listed below, complete the Certificate of Service below and send it to the Court with the Petition. Failure to complete the Certificate of Service will delay the review and processing of your request.

## CERTIFICATE OF SERVICE

The petitioner mailed a copy of this petition and all attachments to:

(1)   United States Attorney *
        District of Massachusetts
        U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210

(2)   The Trustee * in the case at:

        Carolyn Bankowski
        Ch.13 Trustee - Boston
        P.O. Box 8520
        Boston, MA 02114

(3)   The Office of the United States Trustee * at the appropriate address:

        **For the Boston Office** (Case # begins with "1" (e.g., 14-10000):

                Office of the United States Trustee
                John W. McCormack Post Office and Court House
                5 Post Office Square, Suite 1000
                Boston, MA 02109-3934

        **For the Worcester and Springfield Offices** (Case # begins with
        "4" or "3" (e.g., 14-40000 or 14-30000):

                Office of the United States Trustee
                446 Main Street, 14th Floor
                Worcester, MA 01608

(4)   The Attorney for the Debtor *

        John M. McAuliffe, Esq.
        430 Lexington Street
        Newton, MA 02466

* Indicates a copy of this petition must be sent to this entity.

This petition and ALL attachments were mailed postage paid to the above noted parties on:

6-18-19
(Date)

Mark Nelson
NAME - TYPED/PRINTED

(Signature)

## NOTICE OF RESPONSE TIME

Within twenty-one (21) days after service of this notice, and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006(f) (if you were served by mail), any party against whom this petition has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the:

Clerk's Office
U.S. Bankruptcy Court
John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945
Telephone: (617)748-6610 or (617)748-6607

If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed and will be granted, unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; (3) the petitioner has failed to provide adequate proof of ownership or settlement; or (4) in the opinion of the Court, the interest of justice requires otherwise.

